UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
Shreveport Division

EDDY L. HAMILTON                           CIVIL ACTION NO. 17-1000
    VERSUS                                 JUDGE
LAWNMASTERS OF SHREVEPORT, LLC             MAGISTRATE JUDGE

COMPLAINT FOR DAMAGES
WITH DEMAND FOR JURY TRIAL

Plaintiff, EDDY L. HAMILTON, sets forth his claims for relief as follows:

1.

Jurisdiction of this court is invoked pursuant to 42USC§2000 *et seq;* and 28 USC §1343 (A) (1), and (4).

2.

Plaintiff, EDDY L. HAMILTON, was employed by Defendant as an accountant at all relevant times referred to herein, in Shreveport, Louisiana.

3.

Defendant, LAWNMASTERS OF SHREVEPORT, LLC is a domestic entity doing business in the Western District of Louisiana; and is an employer as defined in 42USC§2000e-(b), engaged in an industry affecting commerce and employing more than 15 persons. Unlawful employment practices alleged herein were committed by the agents of the Defendant in the Western District.

4.

Plaintiff is a Black male; and at all times relevant herein, was employed by Defendant as an accountant from June 15, 2015 to April 1, 2016. and the sole Black professional employee at LAWNMASTERS OF SHREVEPORT, LLC

1

5.

During his 10 months at Defendant company, Plaintiff was paid a salary of $35,000 per year while the white female accountant who performed substantially the same duties was paid $37,000 per year.

6.

All other persons in the accounting department were paid $37,000 per year even though they had less experience and education.

7.

Plaintiff's colleagues were hostile toward him from the inception his employment, cursing him, calling him "Smokey", and generally disrespectful towards him because of his race..

8.

Plaintiff complained to his supervisor, Jason Wynne and to the vice president, Adam Jones, several times about the hostility and cursing, and although they listened, they never addressed the issue and the hostile behavior continued..

9.

In March, 2016, Defendant's supervisor, Jason Wynne told Plaintiff that he would terminate me as a "business decision". No reason was given.Plaintiff was told he had done nothing wrong.

10.

During his tenure, Plaintiff never received complaints about his work. In fact, he reconciled all bank accounts that had never been done before. .

11.

Plaintiff was sent home March 21, 2016, the day a white female was hired to replace hi, at $50,000/year.

12.

Plaintiff was kept on the payroll an additional 2 weeks "on call" to answer questions to provide information for the new replacement.

13.

Once the replacement was trained, Plaintiff was terminated .

14.

Plaintiff shows that the newly hired employee has less experience and performs the identical functions of his former job, but is paid a salary of $50,000 per year.

.                                                   15.

Plaintiff shows that his termination and replacement by a white worker at a higher salary is discriminatory against him due to his race in violation of Title VII 42USC§2000 *et seq*.  and Equal Pay Act,29 U.S.C. § 206.

16

Defendant's termination of Plaintiff because of his complaints of discriminatory policies was retaliation and  in violation of 42USC§2000 *et seq*.

17.

After his termination in April, Plaintiff filed a charge with EEOC the following month, while he sought other employment.

18.

Plaintiff is informed and shows that after his EEO charge was filed, Jason Wynne, president of the company, provided a negative reference, and falsely reported that Plaintiff made "quite a few" mathematical mistakes and was unable to handle the position.

19.

In fact, the reference were so negative that Plaintiff has been unable to secure employment to this date.

20.

The issuance of negative job referrals by Defendant as a result of Plaintiff's filing an EEO charge constitutes retaliation in violation of Title VII 42USC§2000 *et seq*.

21.

The issuance of negative job referrals by Defendant as a result of Plaintiff's filing an EEO charge is an attempt to prevent future employment of Plaintiff, and interferes with his right to enter and enforce contracts, a protected liberty interest;  with no benefit to Defendant and done solely to cause Plaintiff harm.

22.

The issuance of a grossly false job reference by Defendant was done  with malice or reckless indifference to Plaintiff's federally protected rights and subjects  Defendant to liability for punitive damages .

23.

Plaintiff filed two charges with EEOC alleging discrimination and retaliation.

24.

EEOC notified Plaintiff by two letters, both dated May 15, 2017, that he was entitled to initiate a civil action in the United States District Court as provided in 42 USC§2000 e-5 (e) and (f). Attachment A.

25.

Plaintiff has suffered lost wages and mental anguish and continues to suffer irreparable harm by reason of the illegal practices of Defendant.

26.

As a result of the unlawful acts of Defendant, Plaintiff has suffered damages and seeks lost wages and lost benefits; emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life; punitive damages; plus interest; reasonable attorney fees; and all costs of prosecution of this claim.

27.

Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff prays that this court:

A) Order Defendant by mandatory injunction to enjoin from engaging in the above unlawful employment practices and take such affirmative actions as are necessary to assure that the effects of said violations are eliminated;

B) Order Defendant to compensate Plaintiff with back pay and compensatory, punitive, and all consequential damages for the losses he sustained by reason of its violations;

C) Order Defendant to pay Plaintiff's costs in this action, including reasonable attorney fees; and

(D) Order all general and equitable relief as the Court deems necessary or proper.

/S/DIANNE HILL<br>
DIANNE HILL (14992)<br>
ATTORNEY AT LAW<br>
1401 HUDSON LANE STE 137<br>
MONROE, LA 71201<br>
(318) 325-6398

Service:

: LAWNMASTERS OF SHREVEPORT, LLC
Through its agent for service
JASON WYNNE
601 Mount Zion Road
Shreveport, La 71106