**MINUTES [0:30]**
**June 15, 2022**

**ELIZABETH E. FOOTE**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

---

EDDY HAMILTON                                    CIVIL ACTION NO. 17-1000

VERSUS                                            JUDGE ELIZABETH E. FOOTE

LAWNMASTERS OF SHREVEPORT, LLC        MAGISTRATE JUDGE HORNSBY

---

On June 15, 2022, the Court convened a telephone status conference in the above-captioned matter. Dianne Hill participated on behalf of Plaintiff, Eddy Hamilton. Brian Carnie participated on behalf of Defendant, Lawnmasters of Shreveport, LLC. Michael Schimpf is the law clerk in this matter, and any further questions about the minutes or trial can be directed to him.

The purpose of this status conference was to discuss the attorneys' agreement to coordinate the availability of certain witnesses under Defendant's control. Plaintiff contacted chambers and requested a phone conference to discuss an issue that has arisen regarding this agreement. As a result of an asset sale, Defendant no longer had control over any listed witness, except for Jason Wynne. After discussing the matter, the Court set several deadlines. In the meantime, the parties informed the Court that they reached a tentative settlement and requested a 90-day conditional order of dismissal. As such, the deadlines are now moot.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE